United States District Judge FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NOEL M. SCHMID,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security, | CIVIL NO. C04-5517FDB<br><br>ORDER FOR EAJA FEES, COSTS AND EXPENSES |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff's attorney Eitan Kassel Yanich is hereby awarded EAJA fees of $7429.28, expenses in the sum of $51.47, pursuant to 28 U.S.C. §2412, and costs in the sum of $168.85 as set out at 28 U.S.C. §1920, payable from the Judgment Fund pursuant to 31 U.S.C. §1304.

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C04-5517FDB] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

| | |
|---|---|
| 1 | DATED this 24th day of January 2006. |
| 2 | |
| 3 | |
| 4 | _____ |
| 5 | FRANKLIN D. BURGESS<br>UNITED STATES DISTRICT JUDGE |
| 6 | |
| 7 | |
| 8 | Presented by: |
| 9 | |
| 10 | S/EITAN KASSEL YANICH_____<br>EITAN KASSEL YANICH, WSBA #13690<br>Attorney for Plaintiff |
| 11 | |

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C04-5517FDB] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055