UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NOEL M. SCHMID,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.

Case No. C04-5517 FDB

ORDER ON ATTORNEY FEES

This matter comes before the Court on Plaintiff's motion for authorization of attorney fees under 42 U.S.C. § 406(b). Counsel for Plaintiff seeks a fee award of $26,180.00. The Commissioner has filed a response to Plaintiff's motion without objection to the fee request.

Attorney's fees may be awarded to a successful social security claimant's lawyer for his or her representation before a court pursuant 42 U.S.C. §§ 406(b); Straw v. Bowen, 866 F.2d 1167 (9th Cir. 1989). Plaintiff must apply to the Social Security Administration for an award of fees for representation at the administrative level. 42 U.S.C. § 406(a); Stenswick v. Bowen, 815 F.2d 519 (9th Cir. 1987).

Under 42 U.S.C. § 406(b)(1)(A) the court can only award fees up to the 25 percent withheld from the past-due benefits. This 25% limit applies to the total of 42 U.S.C. § 406(a) and 406(b) fees combined. See, Morris v. Social Sec. Admin., 689 F.2d 495, 497-98 (4th Cir. 1982); Webb v. Richardson, 472 F.2d 529, 536 (6th Cir. 1972); Dawson v. Finch, 425 F.2d 1192, 1195 (5th Cir.

1970).

Previously, this Court awarded Plaintiff's counsel $7,429.28 pursuant to the Equal Access to Justice Act (EAJA). An administrative attorney fee of $5,300.00 was previously awarded. Plaintiff's counsel now petitions for a gross fee of $26,180.00.

Plaintiff was awarded $125,920.00 in past due benefits. The federal court retainer agreement provided for a fee of 25% of past due benefits; which equals $31,480.00. Plaintiff has subtracted from 25% of the past due benefits the amount of fees awarded at the administrative level, leaving a fee of $26,180.00. As previously noted, counsel has already received $7,429.28 in fees under EAJA, and any award under § 406(b) must be reduced by that amount. See Gisbrecht v. Barnhart, 535 U.S. 789, 796 (2002).

The Court concludes that the attorney's fees sought counsel are reasonable within the meaning of § 406(b)

ACCORDINGLY,

IT IS ORDERED:

Plaintiff's Motion for an Award of Attorney's Fees [Dkt #29] is **GRANTED**. Plaintiff's counsel is awarded 42 U.S.C. § 406(b) attorney fees in the sum of **$26,180.00**, minus any applicable processing fees as allowed by statute. Upon receipt, Plaintiff's counsel shall immediately reimburse Plaintiff the amount of $7,429.28 previously received pursuant to EAJA.

DATED this 17th day of March, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE