# United States District Court

WESTERN DISTRICT OF WASHINGTON

NOEL SCHMID

v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C04-5517FDB

____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Plaintiffs' Motion for an Award of Attorney's Fees (Doc. #29) is GRANTED. Plaintiffs' counsel is awarded 42 U.S.C. § 406(b) attorney fees in the sum of $26,180.00, minus any applicable processing fees as allowed by statute. Upon receipt, Plaintiffs' counsel shall immediately reimburse Plaintiff the amount of $7,429.28 previously received pursuant to EAJA.

March 17, 2008

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk